1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Wayne D. Conte,

                  Plaintiff,

      v.

Marshal Willick; et al.,

                  Defendants.

Case No. 2:25-cv-00439-GMN-DJA

**Order**

Before the Court is Plaintiff Wayne D. Conte's application to proceed without paying the filing fee. (ECF No. 1). However, Plaintiff's application to proceed *in forma pauperis* is not on the Court's approved form. Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[1] The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

      **IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

      **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and the short form application to proceed *in forma pauperis* and its accompanying instruction packet.

      **IT IS FURTHER ORDERED** that Plaintiff shall have until **April 11, 2025,** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

1    plus the $55 administrative fee.  **Plaintiff is advised that failure to comply with this order will**

2    **result in a recommendation to the district judge that the case be dismissed.**

3

4          DATED: March 13, 2025

5    _____

6          DANIEL J. ALBREGTS
           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28